UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH LEE WILKERSON,<br>　　　　Plaintiff,<br>　　v.<br>R. ASKEW, et al.,<br>　　　　Defendants. | Case No. 20-cv-05658-JD<br><br>**ORDER RE STAY AND REFERRAL FOR SETTELMENT**<br><br>Docket No. 27 |

The parties have filed a joint stipulation indicating that a settlement conference would be beneficial. The case is referred to Magistrate Judge Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program, as his schedule permits. All case management dates are vacated pending further order of the Court. The motion for a referral for settlement (Docket No. 27) is **GRANTED**. This case is **STAYED** and the Clerk is requested to **ADMINISTRATIVELY CLOSE** this case until further order from the Court. The Clerk is asked to send a copy of this order to Magistrate Judge Illman.

**IT IS SO ORDERED.**

Dated: April 21, 2021

JAMES DONATO
United States District Judge